UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CARRIE M. VOLK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>　　　　Defendant. | Civil No. 3:23-CV-01205-IM<br><br><br><br><br>JUDGMENT |

　　IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

　　JUDGMENT is entered for Plaintiff, and this case is closed.

　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

s/ KATHERINE B. WATSON
Katherine B. Watson
Special Assistant United States Attorney
Attorneys for Defendant
(206) 615-2139