UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CARRIE M. VOLK, | Case No.: 3:23-cv-01205-IM |
|         Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, | UNDER 28 U.S.C. § 2412 |
|         Defendant. | |

Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $3,180.06 will be awarded to Plaintiff in care of her attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010),

and mailed to her attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave., Suite 200, Portland, OR 97204. There are no costs or expenses.

Dated this  23rd  day of August, 2024

/s/ Karin J. Immergut
United States District Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff